UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Claire C. Cecchi |
| v. | : Criminal No. 24-623 |
| TD SECURITIES (USA) LLC | : **WAIVER OF INDICTMENT** |

     I, TD Securities (USA) LLC, the above-named defendant, who is charged with one count of wire fraud in violation of 18 U.S.C. § 1343, being advised of the charge, the proposed Information, and my rights, hereby waive in open court on October 9, 2024, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

_____
Cynthia Adams, General Counsel,
TD Group US Holdings LLC

In her capacity as an authorized signatory of TD Securities (USA) LLC, Defendant

_____
Martine M. Beamon
Paul S. Mishkin
Fuad Rana
Counsel for Defendant

Before: _____
HONORABLE CLAIRE C. CECCHI
United States District Judge